### CITY COUNCIL OF AUGUSTA *et al. v.* SOUTHERN GROCERY STORES INCORPORATED.

JENKINS, Justice. This case is controlled in all material respects by *Great Atlantic & Pacific Tea Co.* v. *Columbus*, 189 *Ga.* 458 (6 S. E. 2d, 320), in which all the essential facts were similar, and which we consider sound. On the question of the duty of courts to declare a municipal ordinance invalid as unreasonable, the *Columbus* case is supported in terms by *Richardson* v. *Coker*, 188 *Ga.* 170 (3 S. E. 2d, 636), and in our opinion is also supported by other earlier unanimous decisions of this court. The motion to review and overrule the two cases named is, after full consideration, denied. The judgment of the trial court is therefore affirmed for the reasons stated in the *Columbus* case; that is, the court had equitable jurisdiction, and the ordinance levying the tax was unreasonable. *Judgment affirmed. All the Justices concur.*

No. 13161. FEBRUARY 13, 1940.

*William T. Gary, Wilmer D. Lanier, Roy V. Harris,* and *W. K. Miller,* for plaintiffs in error.

*Phillips & Abbot, Hirsch, Smith & Kilpatrick, MacDougald, Troutman & Arkwright, Curry & Curry, Caruthers Ewing,* and *Feldman, Kittelle, Campbell & Ewing,* contra.